# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**BRENT MOSLEY**                                                                                    **PLAINTIFF**
Reg #40142-115

**v.**                                      **CASE NO. 2:20-CV-00118-BSM**

**JOHN P YATES**                                                                                    **DEFENDANT**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's proposed findings and recommendations [Doc. No. 26] are adopted, and petitioner Brent Mosley's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE