IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRENT MOSLEY**                                                           **PLAINTIFF**
Reg #40142-115

v.                             CASE NO. 2:20-CV-00118-BSM

**JOHN P YATES**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE